SAO
DANIEL T. FOLEY, ESQ.
Nevada Bar No. 1078
FOLEY & OAKES, PC
626 So. 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 384-2070
Facsimile:  (702) 384-2128
Email: dan@foleyoakes.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSEPH DYLAG, an individual;

        Plaintiff,

v.

WEST LAS VEGAS SURGERY CENTER, LLC, a Nevada limited liability company; TEAMWORKS PROFESSIONAL SERVICES, INC., a Nevada corporation; STEVEN KOZMARY, an individual; ROBERT BIEN, an individual; DOES and ROE CORPORATIONS/ENTITIES 1 THROUGH 10 INCLUSIVE;

        Defendants.

Case No. 2:16-CV-00120-APG-VCF

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER/RESPOND TO COMPLAINT**

    Defendants WEST LAS VEGAS SURGERY CENTER, LLC and STEVEN KOZMARY, by and through their counsel Daniel T. Foley, Esq. of Foley & Oakes, PC, and Plaintiff JOSEPH DYLAG, by and through his counsel M. Lani Esteban-Trinidad, Esq. of The Thater Law Group, PC, hereby stipulate that the deadline for WEST LAS VEGAS SURGERY CENTER, LLC, and STEVEN KOZMARY to Answer/Respond to the Complaint be extended from February 19,

///
///
///
///
///
///

**FOLEY & OAKES**

2016 until February 26th, 2016.

DATED this 10th day of February 2016.

Respectfully Submitted,  
The Thater Law Group, PC

 /s/ Lani Esteban-Trinidad  
M. Lani Esteban-Trinidad, Esq.  
6390 W. Cheyenne Ave., Ste. A  
Las Vegas, NV 89108  
Attorneys for Plaintiff

Respectfully Submitted,  
Foley & Oakes, PC

_____  
Daniel T. Foley, Esq.  
626 So. 8th Street  
Las Vegas, NV 89101  
Attorneys for West Las Vegas Surgery Center, LLC and Steven Kozmary

**ORDER**

**IT IS SO ORDERED** this 11th day of February, 2016.

_____  
~~DISTRICT COURT~~ MAGISTRATE   Judge  
United States

FOLEY & OAKES