UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH DYLAG,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>WEST LAS VEGAS SURGERY CENTER, LLC, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00120-APG-VCF<br><br>ORDER<br><br>(Docket No. 19) |

　　　Pending before the Court is a motion to stay the early neutral evaluation session. Docket No. 19. Any response must be filed no later than March 9, 2016, and any reply must be filed no later than March 11, 2016.

　　　IT IS SO ORDERED.

　　　DATED: March 7, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge