**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH DYLAG, | Case No. 2:16-cv-00120-APG-VCF |
| Plaintiff(s), | |
| vs. | **ORDER** |
| WEST LAS VEGAS SURGERY CENTER, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to stay the early neutral evaluation set in this case pending resolution of its motion to dismiss and compel arbitration. Docket No. 19. The Court hereby **SETS** a hearing on the motion for 11:00 a.m. on March 14, 2016, in Courtroom 3D.

IT IS SO ORDERED.

Dated: March 9, 2016

_____
Nancy J. Koppe
United States Magistrate Judge