**THE THATER LAW GROUP, P.C.**
**M. LANI ESTEBAN-TRINIDAD**
Nevada Bar No. 006967
6390 W. Cheyenne Avenue, Ste C
Las Vegas, Nevada 89108
(702) 736-5297 Telephone
(702) 736-5299 Fax
Attorney for Plaintiff,
JOSEPH DYLAG

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH DYLAG, an individual;<br><br>       Plaintiff,<br><br>  vs.<br><br>WEST LAS VEGAS SURGERY CENTER, LLC, a Nevada limited liability company; TEAMWORKERS PROFESSIONAL SERVICES, INC., a Nevada corporation; STEVEN KOZMARY, an individual' DOES and ROE CORPORATIONS/ENTITIES 1 THROUGH 10 INCLUSIVE;<br>       Defendant. | Case No.: 2:16-CV-00120-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY & OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND COMPEL MEDIATION/ARBITRATION** (FIRST REQUEST) |

Defendants WEST LAS VEGAS SURGERY CENTER, LLC and STEVEN KOZMARY, by and through their counsel Daniel T. Foley, Esq. of Foley & Oakes, PC, and Plaintiff JOSEPH DYLAG, by and through his counsel M. Lani Esteban-Trinidad, Esq. of The Thater Law Group, PC hereby stipulate that the deadline for Plaintiff to file a reply and opposition to Defendants foregoing Motion to Dismiss and Compel Mediation/Arbitration is extended from Monday, March 14, 2016 to Friday, March 18, 2016.  This Stipulation is not made for any improper purpose or to delay but to allow Plaintiff's counsel an additional few days to submit a proper reply and opposition.

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
Dated:  March 17, 2016.

DATED this _14_ day of March 2016.

The Thater Law Group, PC

By: _____
M. Lani Esteban-Trinidad, Esq.
Nevada Bar No. 006967
6390 West Cheyenne Ave., Suite A
Las Vegas, NV 89108
Attorney for Plaintiff
JOSEPH DYLAG

By: _____
Daniel T. Foley, Esq.
Nevada Bar No. 1078
626 South 8th Street
Las Vegas, NV 89101

Attorney for Defendants
WEST LAS VEGAS SURGERY CENTER, LLC,
STEVEN KOZMARY

## ORDER

**IT IS SO ORDERED** this _____ day of March 2016.

_____
**DISTRICT COURT JUDGE**