# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSEPHY DYLAG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WEST LAS VEGAS SURGERY CENTER, LLC, *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-00120-APG-VCF<br>**ORDER** |

Before the Court is the Motion to Request Telephonic Appearance for Status Hearing on February 6, 2018 (ECF No. 54).

Counsel has given sufficient reason to grant this motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Request Telephonic Appearance for Status Hearing on February 6, 2018 (ECF No. 54) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 23rd day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE