DANIEL T. FOLEY, ESQ.
Nevada Bar No. 1078
FOLEY & OAKES, PC
626 So. 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 384-2070
Facsimile: (702) 384-2128
Email: dan@foleyoakes.com
*Attorneys for Teamworks Professional Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH DYLAG, an individual;<br><br>Plaintiff,<br>v.<br><br>WEST LAS VEGAS SURGERY CENTER, LLC, a Nevada limited liability company; TEAMWORKS PROFESSIONAL SERVICES, INC., a Nevada corporation; STEVEN KOZMARY, an individual; ROBERT BIEN, an individual; DOES and ROE CORPORATIONS/ENTITIES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | **Case No. 2:16-CV-00120-APG-VCF**<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joseph Dylag and Defendant Teamworks Professional Services, Inc. ("Teamworks"), by and through their respective counsel of record, hereby agree and stipulate to dismiss Plaintiff's case against Teamworks <u>with prejudice</u>, with each party to bear its own attorney's fees and costs.

The remainder of this case was previously dismissed without prejudice with respect to the other above captioned Defendants. Therefore, this Stipulation and Order resolves this case in its

/ / /

/ / /

**FOLEY & OAKES**

entirety.

DATED this 22nd day of February 2018.

Respectfully Submitted,                    Respectfully Submitted,

**The Thater Law Group, PC**               **Foley & Oakes, PC**

**/s/ M. Lani Esteban-Trinidad**           **/s/ Daniel T. Foley, Esq**.
M. Lani Esteban-Trinidad, Esq.             Daniel T. Foley, Esq.
6390 W. Cheyenne Ave., Ste. A              626 So. 8th Street
Las Vegas, NV 89108                        Las Vegas, NV 89101
Attorneys for Plaintiff                    Attorneys for Teamworks Professional Services, Inc.

**IT IS SO ORDERED**

_____
ANDREW P. GORDON
UNITED STATES DISTRICT COURT
Dated: February 23, 2018.